USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/30/15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X

JOSE REYES,                                :      13cv3464

            Plaintiff,              :      <u>ORDER</u>

      -against-                        :

CAROLYN COLVIN, Commissioner of            :
Social Security,
                                           :
            Defendant.
----------------------------------X

WILLIAM H. PAULEY III, District Judge:

        Plaintiff Jose M. Reyes ("Reyes") filed this action seeking review of the final decision of the Commissioner of the Social Security Administration ("Commissioner") denying his application for disability and supplemental security income benefits. On September 26, 2014, Reyes moved for judgement on the pleadings pursuant to Rule 12(c) of the Federal Rules of Civil Procedure, asking the Court to reverse the Commissioner's decision, or in the alternative, remand for further administrative proceedings. On November 26, 2014, the Commissioner cross-moved for judgment on the pleadings, asking the Court to affirm the decision of the Commissioner. In a Report and Recommendation dated February 25, 2015 ("the Report"), Magistrate Judge Frank Maas recommended that this Court grant the Commissioner's motion, and deny Reyes's motion. Neither party has objected to the Report. This Court finds that the Report is not facially erroneous, and affirms and adopts it. Accordingly, the Commissioner's motion is granted, and Reyes's motion is denied.

The Clerk of the Court is directed to terminate all pending motions and mark this case closed.

DATED: March 30, 2015
          New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.

*All Counsel of Record.*